IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO DAWON WOODLEY, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-161
) CR408-315
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (CR408-315, Doc. 1574.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with one modification: the Clerk of Court shall not forward a copy of the habeas petition to the Eleventh Circuit Court of Appeals. That court has repeatedly denied Petitioner's requests to file a successive habeas petition. See In re Woodley, No. 16-13774 (11th Cir. June 29, 2016); In re Woodley, No. 16-14188

---

[1] Because the Report and Recommendation lacked all applicable civil case numbers, the Clerk of Court did not file the Report and Recommendation in Petitioner's most recent habeas case. (See CV416-161.) Through his criminal case, however, Petitioner was provided in a copy of the Report and Recommendation recommending dismissal of that petition. (See CR408-315, Doc. 1575.) The Clerk of Court is **DIRECTED** to amend the docket in CV416-161 to accurately reflect the procedural history in Petitioner's civil case.

(11th Cir. July 12, 2016). As a result, Petitioner's 28 U.S.C. § 2255 Petition (Doc. 1573) is **DISMISSED AS SUCCESSIVE**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close case number CV416-161.

SO ORDERED this 1st day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA